**STRIS & MAHER LLP**
ELIZABETH R. BRANNEN (SBN 226234)
ebrannen@stris.com
KENNETH HALPERN (SBN 187663)
khalpern@stris.com
SARAH RAHIMI (SBN 328652)
srahimi@stris.com
777 S Figueroa Street, Suite 3850
Los Angeles, CA 90017
Telephone: (213) 995-6800
Facsimile: (213) 261-0299

Attorneys for Movants
CISCO SYSTEMS, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Motion to Compel Compliance with Subpoena Directed to Nonparties iPEL, Inc. and Brian Yates | Case No. _____ <br><br> [DISCOVERY MATTER] |
| Underlying Matter <br><br> K. MIZRA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC. <br><br> Defendant. | **CISCO SYSTEMS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT MOTION TO COMPEL SUBPOENA RESPONSES** <br><br> Date:      [TBD] <br> Time:      [TBD] <br> Location:  [TBD] <br> Judge:     [TBD] |

Pursuant to Central District of California Civil Local Rule 79-5.2.2(b) Cisco Systems, Inc. ("Cisco") respectfully submits this application to file under seal certain exhibits in support of its concurrently filed Motion to Compel Subpoena Responses. Specifically, Cisco seeks an order authorizing it to file under seal the following documents:

1. The entirety of **Exhibits A** and **B** to the Declaration of Elizabeth Brannen in Support of Cisco Systems, Inc.'s Motion to Compel Subpoena Responses.

2. Portions of **Exhibits C, D, F, G**, **H,** and **K** to the Declaration of Elizabeth Brannen in Support of Cisco Systems, Inc.'s Motion to Compel Subpoena Responses that quote from and/or describes information contained in **Exhibit A** and **B**.

This Application is made after conferring by electronic mail pursuant to L.R. 79-5.2.2(b) with counsel for K.Mizra, LLC ("K.Mizra"), the party that designated as "Highly Confidential – Attorneys' Eyes Only" the materials to be filed under seal, on March 29, 2023. *See* Declaration of Elizabeth Brannen in Support of Application for Leave to File Under Seal ("Brannen Decl.") ¶ 12.

**Exhibit A** is a License Agreement, and Exhibit B are exhibits thereto. Both **Exhibits A** and **B** are marked, "Highly Confidential – Attorneys' Eyes Only." *See* Brannen Decl. ¶¶ 3, 4. K.Mizra contends the **Exhibits A** and **B** contain information extremely sensitive to thirty parties and reflect a license agreement and financial information that are "Highly Confidential – Attorneys' Eyes Only" as defined in the Protective Order issued in *K.Mizra LLC v. Cisco Systems, Inc.*, No. 6:20-CV-01031 (W. D. Tex. September 9, 2021), ECF No. 41. *See id*. ¶ 12.

"A party seeking to seal a judicial record then bears the burden of overcoming this strong presumption by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have become a vehicle

for improper purposes.'" *Id.* at 1179.

Courts have held that compelling reasons exists to seal sensitive business and financial information, as **Exhibits A** and **B** reveal, because such information can become a vehicle for improper purposes and "cause competitive harm to a business." *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013) (internal quotation marks and citations omitted).

Accordingly, Cisco respectfully requests that the Court grant the application for leave to file the foregoing documents under seal.

Dated: March 31, 2023

Respectfully submitted,

By: */s/ Elizabeth R. Brannen*
Elizabeth R. Brannen
ebrannen@stris.com
Kenneth J. Halpern
khalpern@stris.com
Sarah Rahimi
srahimi@stris.com
**STRIS & MAHER LLP**
777 S. Figueroa St, Ste 3850
Los Angeles, CA 90017
Telephone: (213) 995-6800
Facsimile: (213) 216-0299

*Attorneys for Movant
Cisco Systems, Inc.*

CISCO SYSTEMS, INC.'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL