UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-mc-00041-MEMF-JC | Date | April 17, 2023 |
|---|---|---|---|
| Title | In Re: Motion to Compel Compliance with Subpoena Directed to Nonparties iPEL, Inc. and Brian Yates | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Movant: | Attorneys Present for Respondents: |
|---|---|
| none | none |

**Proceedings:**      (In Chambers)

**ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE FOR NON-COMPLIANCE WITH LOCAL RULES (DOCKET NO. 1) AND DENYING APPLICATION TO SEAL WITHOUT PREJUDICE AS MOOT (DOCKET NO. 2)**

Pending before this Court is Movant Cisco Systems, Inc.'s Motion to Compel Subpoena Responses ("Motion to Compel") and Cisco Systems, Inc.'s concurrently filed Application for Leave to File under Seal Documents in Support of Motion to Compel Subpoena Responses ("Application"). (Docket Nos. 1, 2). Movant, who is the Defendant in a pending action in the Western District of Texas – *K.Mizra LLC v. Cisco Systems, Inc.*, No. 6:20-CV-01031 (W. D. Tex. Nov. 6, 2020) – seeks to compel compliance with three subpoenas, one directed to non-party iPEL, Inc. to produce documents and two directed to non-party Brian Yates to produce documents and appear for a deposition. The Motion to Compel reflects that both iPEL, Inc. and Brian Yates are represented by counsel. Movant also seeks an order either holding iPEL, Inc. and Brian Yates in contempt or requiring them to show cause as to why they should not be held in contempt for failure to comply with the subpoenas.

The Motion to Compel is denied without prejudice. Pursuant to Local Rule 37-2.4, the Court will not consider any discovery motion (which, pursuant to Local Rule 45-1, encompasses motions relating to discovery subpoenas served on non-parties represented by counsel) in the absence of a joint stipulation or a declaration from counsel for the moving party establishing that opposing counsel (a) failed to confer in a timely manner in accordance with Local Rule 37-1; (b) failed to provide the opposing party's portion of the joint stipulation in a timely manner in accordance with Local Rule 37-2.2; or (c) refused to sign and return the joint stipulation after the opposing party's portion was added. The Motion to Compel is not in the form of a joint stipulation and is not supported by a declaration which satisfies the requirements of Local Rule 37-2.4. Accordingly, the Motion to Compel is denied without prejudice and the supporting Application is denied without prejudice as moot.

IT IS SO ORDERED.